# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First, Middle): **Local Corporation, a Delaware corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **dba Local.Com Corporation** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **33-0849123** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City and State): **7555 Irvine Center Drive, Irvine, CA**   Zip Code **92618** | Street Address of Joint Debtor (No. and Street, City and State:   Zip Code |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   Zip Code | Mailing Address of Joint Debtor (if different from street address):   Zip Code |
| Location of Principal Assets of Business Debtor (if different from street address above):   Zip Code | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 for Recognition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>LOCAL CORPORATION |
|---|---|

| All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit "A"<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or (15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | Exhibit "B"<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b)<br><br>X _____<br>Signature of Attorney for Debtor(s)    (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit "C" is attached and made a part of this petition

☒ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court for any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certified that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

B1 (Official Form 1) (04/13)                                                                                           Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Local Corporation |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of the title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foregoing main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *[signature]*<br>Signature of Attorney for Debtor(s)<br><br>Marc J. Winthrop  State Bar No. 63218<br>Printed Name of Attorney for Debtor(s)<br><br>Winthrop Couchot Professional Corporation<br>Firm Name<br><br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>Address<br><br>949-720-4100<br>Telephone Number<br><br>June 19, 2015<br>Date<br><br>* In case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United Stats Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br><br>Kenneth S. Cragun<br>Printed Name of Authorized Individual<br><br>Chief Financial Officer<br>Title of Authorized Individual<br><br>June 19, 2015<br>Date | _____<br>Date<br><br>Signature of Bankruptcy Petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers for all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Marc J. Winthrop – State Bar No. 63218<br>**WINTHROP COUCHOT PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100/Facsimile: (949)720-4111<br>☒ *Attorney for: Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>LOCAL CORPORATION,<br><br>Debtor.(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists    Dated Filed: concurrently
☒ Amendments to the petition, statement of affairs, schedules or lists    Dated Filed: as necessary
☒ Other: _____    Dated Filed: as necessary

**PART I - DECLARATION OF AUTHORIZED SIGNATORY DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature line(s); (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____    June 19, 2015
*Signature of Authorized Signatory of Filing Party*    Date

**Kenneth S. Cragun, Chief Financial Officer**
*Printed Name and Title of Authorized Signature of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____    June 19, 2015
Marc J. Winthrop

_____    June 19, 2015
Jeannie Kim

November 2006    This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

MAINDOCS-#209771-v1-LocalDecElectFiling

# Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re:  **Local Corporation**                               Case No.
        33-0849123                                          Chapter  **11**

## Exhibit "A" to Voluntary Petition

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is    001-34197    .

2. The following financial data is the latest available information and refers to the debtor's condition on    12/31/2014    .

   a. Total assets                                         $    38,068,000

   b. Total debts (including debts listed in 2.c., below)  $    8,840,422

                                                                          Approximate
                                                                          number of
                                                                          holders

   c. Debt securities held by more than 500 holders.
      ☐ secured   ☐ unsecured   ☐ subordinated    _____    _____
      ☐ secured   ☐ unsecured   ☐ subordinated    _____    _____
      ☐ secured   ☐ unsecured   ☐ subordinated    _____    _____
      ☐ secured   ☐ unsecured   ☐ subordinated    _____    _____
      ☐ secured   ☐ unsecured   ☐ subordinated    _____    _____

   d. Number of shares of preferred stock              0                0

   e. Number of shares of common stock           23,294,000             xx

      Comments, if any:

3. Brief description of debtor's business:
   Local Corporation is search and advertising technology company

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Goldman Capital Management, Inc.

**United States Bankruptcy Court**

**Central District of California**

In re :   **Local Corporation**

Debtor

Case No.

Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kenneth S. Cragun, am the Chief Financial Officer of Local Corporation, the Debtor named herein and that on June **23**, 2015 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kenneth S. Cragun, the Chief Financial Officer of Local Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy on behalf of the corporation; and

Be It Further Resolved, that Kenneth S. Cragun, the Chief Financial Officer of Local Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case; and

Be It Further Resolved, that Kenneth S. Cragun, the Chief Financial Officer of Local Corporation, is authorized and directed to employ the law firm of Winthrop Couchot Professional Corporation to represent the Debtor in such bankruptcy case."

Executed on: June **23**, 2015

Signed: _____
Kenneth S. Cragun
**Chief Financial Officer**
Name and Title

Case 8:15-bk-13153-SC    Doc 1    Filed 06/23/15    Entered 06/23/15 14:42:24    Desc
Main Document    Page 7 of 18

Form B4 (Official Form 4)(12/07)

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re :    Local Corporation<br>Debtor | Case No.<br>Chapter  11 |

# Form 4.
# List Of Creditors Holding 20 Largest Unsecured Claims

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed.R.Bankr.P. 1007(d) for filing of this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, sucj as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| U.S. Bank National Association (as Trustee)<br>633 West Fifth Street, 24thFloor<br>Los Angeles, California 90071 | Georgina Thomas<br>(213) 615-6001<br>georgina.thomas@usbank.com | Finance | | $8,685,055.99 |
| Google Inc<br>Dept 33654 P.O. Box 39000<br>San Francisco CA 94139 | Romar Cruz<br>661-294-4324 ext 413<br>romar@google.com | Trade | | 6,639,914.24 |
| Online Equity Ventures, LLC<br>1812 Cowan, Suite 175<br>Irvine, CA 92614 | Matt Hopkins<br>949 540-9004<br>matt@klickthru.com | Trade | Disputed | 2,431,644.69 |
| Spacejet Media<br>1514 McDonald St.<br>Houston, TX 77007 | Brady Moritz<br>713 291 2145<br>brady@spacejetmedia.com | Trade | Disputed | 1,134,706.95 |
| Shopping Cheapest LLC<br>c/o Ying Jian Liu, Esq.<br>1 Park Plaza, Suite 600<br>Irvine, CA 92614 | Allan Liang (attorney)<br>949 852 7332<br>mail@allanliang.com | Trade | Disputed | 1,059,566.15 |
| Adap.TV<br>General Post Office PO Box 5696<br>New York NY 100875696 | Nicole Rogers<br>757-320-4733<br>nicole.rogers@teamaol.com | Trade | | 454,253.31 |
| Engage BDR<br>9000 W. Sunset Blvd. Suite 500<br>West Hollywood CA 90069 | Li Chen<br>310-954-0751 (ext 721)<br>li@engage-bdr.com | Trade | | 388,646.30 |

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| American Express<br>Box 0001<br>Los Angeles CA 90096-8000 | Lance R Thomas<br>760-602-9717<br>lance.r.thomas@aexp.com | Trade | | 281,038.38 |
| Advertise.com/Merino Yebri, LLP<br>Attn: Alexander Merino<br>1925 Century Park East, Suite 2140<br>Los Angeles CA 90067 | Vic Tomaszewski<br>310-359-5007<br>vic@advertise.com | Trade | | 266,963.08 |
| Tracfone Mobile/ Textopoly Inc.<br>1621 Alton Parkway Suite 210<br>Irvine CA 92606 | Alykhan Govani<br>949-247-8281<br>aly@airfind.com | Trade | | 226,140.47 |
| Lanthrop & Gage<br>2345 Grand Blvd.<br>Kansas City, MO 64108 | Ahrens Louis M.<br>816-292-2000<br>Lahrens@lathropgage.com | Trade | | 203,041.26 |
| Rocket Fuel Inc.<br>1900 Seaport Blvd.<br>Redwood City CA 94063 | Amit Baxi<br>650-517-8864<br>abaxi@rocketfuelinc.com | Trade | | 190,544.86 |
| Inner-Active<br>7 Imber st., Petah Tiqva,<br>P.O. Box 10409<br>Israel | Sharon Brender<br>972-73-707-3800 (ext 3822)<br>sharonb@inner-active.com | Trade | | 138,686.47 |
| Admarketplace<br>3 park Avenue, 27th Floor<br>New York NY 10016 | Brett Strassman<br>646-532-4552<br>brett@admarketplace.com | Trade | | 103,178.64 |
| MatchFlow Media LLC<br>3334 E. Coast Highway, Suite 355<br>Corona Del Mar CA 92625 | Kia Stora<br>949-742-0821<br>kia@matchflowmedia.com | Trade | | 92,564.49 |
| Realistic Media<br>400 Orchard Rd, #06-18<br>Singapore, Singapore 238875 | Peter Zmijewski<br>949 945-2013/+65 9839 8152<br>peter@bidmonitor.com | Trade | | 89,813.58 |
| Bearing Media, Inc.<br>400 Orchard Road, #06- 18<br>Singapore, Singapore 238875 | Peter Zmijewski<br>949 945-2013/+65 9839 8152<br>peter@bidmonitor.com | Trade | | 79,652.20 |
| Forensiq<br>185 Madison Ave. 8th Floor<br>New York NY 10016 | Dalibor Andrin<br>212-685-5931<br>dandrin@forensiq.com | Trade | | 74,123.00 |

-3-

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RR Donnelley Financial, Inc. PO Box 932721 Cleveland OH 44193 | Robert P Toovey 949-476-0505 newportbeach@rrdfsg.com | Trade | | 73,645.05 |
| Phoenix Media reviewz central Prithviman Bhattacharjee No-167 7th Jai Jawan Nagar Bangalore 560033 | Rayan Doherty 91-998-095-5209 rayan@phoenixadmedia.com | Trade | | 70,783.74 |

## DECLARATION OF 20 LARGEST UNSECURED CREDITORS

I, Kenneth S. Cragun, the Chief Financial Officer of Local Corporation, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 19, 2015

_____
Kenneth S. Cragun, Chief Financial Officer
Debtor's Signature and Title

| Name | Marc J. Winthrop – State Bar No. 63218 |
|---|---|
| | Winthrop Couchot Professional Corporation |
| Address | 660 Newport Center Drive, Fourth Floor |
| | Newport Beach, CA 92660 |
| Telephone | (949) 720-4100 |

Attorneys For Debtor(S)

(CLERK'S STAMP)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

Local Corporation,

Debtor(s)

Case No.

**LIST OF EQUITY SECURITY HOLDERS AS OF DECEMBER 31, 2014**

(Set forth here all names, including trade names used by debtors(s) within last 6 years.)

Social Security No.

Social Security No.

Debtor's Employer's Tax Identification No.    33-0849123

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Lee A. Barnes<br>30102 Saddleridge Drive<br>San Juan Capo, CA 92675 | C01 | | 4,379.000000 |
| Barringtons Enterprises Inc.<br>17975 Sky Park Circle<br>Suite A<br>Irvine, CA 92614 | C01 | | 2,843.000000 |
| Charlotte Bergman TR<br>UA 09/17/02<br>Charlotte Bergman Est Trust<br>7141 N. Kedzie, Apt. 414<br>Chicago, IL 60645 | C01 | | 1,530.000000 |
| Bill Bertovich<br>2524 Elden E<br>Costa Mesa, CA 92627 | C01 | | 10,500.000000 |
| Kurt Bitters &<br>Barbara Bitters Ten Com<br>8 Sundown Pass<br>Irvine, CA 92604 | C01 | | 4,512.000000 |
| Breakage Control Account<br>c/o Computershare Shareholder Services<br>250 Royall St.<br>Canton, MA 02021 | C01 | | 1.000000 |
| Timothy Cannon &<br>Marilyn Cannon Ten Com<br>865 W. Granada<br>Bloomington, CA 92316 | C01 | | 601.000000 |
| Kym Cappi<br>28224 Bell Monte Ct.<br>Canyon Cntry, CA 91387-3168 | C01 | | 2,627.000000 |

| Name / Address | Code | | Shares |
|---|---|---|---|
| Sherri Carlton<br>28228 Bell Monte Ct.<br>Canyon Cntry, CA 91387 | C01 | | 5,255.000000 |
| Cede & Co.<br>PO Box 20<br>Bowling Green Stn.<br>New York, NY 10274 | C01 | | 23,207,055.000000 |
| Mary Geraldine Cirello &<br>Trinan Lawrence Cirello Jt Ten<br>4434 Arcola Ave.<br>Toluca Lake, CA 91602-2417 | C01 | | 753.000000 |
| Raylene Collins<br>845 Portwalk Place<br>Redwood City, CA 94065 | C01 | | 163.000000 |
| Internationally Delicious Inc. dba<br>Masterpiece Cookies<br>132 Oakridge Drive<br>Danville, CA 94506 | C01 | | 875.000000 |
| Anya Lina Davis<br>1133 Fury's Ferry Rd.<br>Evans, GA 30809 | C01 | | 100.000000 |
| Claudia Nanette Davis<br>4517 Evanston Dr.<br>Evans, GA 30809 | C01 | | 100.000000 |
| Paul Milton Davis Jr.<br>4560 Bettys Branch Way<br>Evans, GA 30809 | C01 | | 100.000000 |
| Victor Riley Davis<br>258 Watervale Rd.<br>Martinez, GA 30809 | C01 | | 100.000000 |
| Carolyn M. Dibenedetto<br>2098 Roc Rosa Dr. NE<br>Palm Bay, FL 32905-3981 | C01 | | 100.000000 |
| Viet Anh Dihn<br>2379 North Eaton Ct.<br>Orange, CA 92867 | C01 | | 150.000000 |
| Norman K. Farra Jr.<br>525 Mystic Lane<br>West Grove, PA 19390 | C01 | | 15,968.000000 |
| Elyse Linda Feldberg<br>11737 Darlington Ave.<br>Apt. 104<br>Los Angeles, CA 90049-5571 | C01 | | 376.000000 |
| F K Manuel Od Corp.<br>c/o F K Manuel Od<br>2323 Clearlake City Blvd., 150<br>Houston, TX 77062-8040 | C01 | | 700.000000 |
| Gary Frailing<br>81 N. Aspen Dr.<br>Show Low, AA 85901-6401 | C01 | | 300.000000 |
| Philip Fricke<br>45 Hampshire Road<br>Marwah, NJ 07430 | C01 | | 153.000000 |
| Daniel D. Gorman Jr. &<br>Susan W. Gorman Ten Com<br>508 W. Ave. de los Lobos Marinos<br>San Clemente, CA 92672-4330 | C01 | | 752.000000 |

| Name/Address | Class | | Shares |
|---|---|---|---|
| Paula Davis Guilbeau<br>3978 Mullikin Rd.<br>Evans, GA 30809 | C01 | | 100.000000 |
| James E. Gutmann & Patricia A. Stone<br>Tr Ua 24-May-91 The<br>James E. Gutmann Living Trust<br>425 Carnation Avenue<br>Corona Del Mar, CA 92625 | C01 | | 1,504.000000 |
| Ramona Davis Herrington<br>3640 Foxfire Pl.<br>Martinez, GA 30809 | C01 | | 100.000000 |
| Scott Brian Hinkle<br>1155 Sidonia St.<br>Encinitas CA 92024 | C01 | | 3,008.000000 |
| Theresa Marie Jobin &<br>Gary William Jobin Ten Com<br>403 Dante Dr.<br>Roscommon, MI 48653-9252 | T03 | | 752.000000 |
| Michael A. Kapowich<br>609-1/2 Marigold Ave.<br>Corona del Mar, CA 92625 | C01 | | 255.000000 |
| Matthew Larsen &<br>James Scalfani Ten Com<br>15051 Providence Lane<br>North Hills, CA 91343 | C01 | | 150.000000 |
| Ray Lederman &<br>Pauline Lederman Ten Com<br>4707 Libbit Ave.<br>Encino, CA 91436-2113 | T05 | | 188.000000 |
| Robert Harvey Lederman &<br>Jeanene Irene Lederman Jt Ten<br>24325 Main St.<br>Ste. 206<br>Newhall, CA 91321-2932 | C01 | | 376.000000 |
| Ron Levi<br>c/o New Internet Ventures Inc.<br>Attn: Guy Mizrachi<br>500 N Parkway Calabasas, Suite 231<br>Calabasas, CA 91302 | C01 | | 981.000000 |
| Lewis Lindsay<br>976 Springfield St.<br>Costa Mesa, CA 92626 | C01 | | 1,504.000000 |
| Stephen Charles Loew<br>620 12th Ave.<br>Menlo Park, CA 94025 | C01 | | 902.000000 |
| Debbie Martin &<br>Jon Martin Ten Com<br>23025 Ashwood<br>Lake Forest, CA 92610 | C01 | | 451.000000 |
| George McClellen &<br>Joanne McClellen Ten Com<br>1917 Whaleyville Blvd.<br>Suffolk, VA 23434 | C01 | | 1,504.000000 |
| Sheri Mc Coy &<br>Steven Mc Coy Ten Com<br>537 North McLure Road<br>Modesto, CA 95357 | C01 | | 150.000000 |
| Daniel Charles Moore Jr. &<br>Eleanor Hubbard Moore Jt Ten<br>1034 Emerald Bay Rd., #131<br>S. Lake Tahoe, CA 96150 | T05 | | 753.000000 |

| Name / Address | Code | | Shares |
|---|---|---|---|
| Moso Marketing & Consulting Inc.<br>41185 Golden Gate Circle<br>Suite 102<br>Murrieta, CA  92562 | C01 | | 519.000000 |
| Christopher Oswald<br>45 Summit Ridge Place<br>Woodside, CA  94062 | C01 | | 300.000000 |
| Susan Roark<br>1404 Buena Vista, # B<br>San Clemente, CA  92672-4932 | C01 | | 2,189.000000 |
| Daniel A. Schott<br>726 Elm Street, Unit B<br>San Carlos, CA  94070 | C01 | | 1,504.000000 |
| Maurice M. Shihadi<br>4970 Dorsey Hall Dr., Unit B3<br>Ellicott City, MD  21042-7779 | T05 | | 1,130.000000 |
| Michael Shippee<br>75255 Camello Ct. N<br>Palm Desert, CA  92211-9059 | C01 | | 625.000000 |
| Bruce W. Sneesby<br>2050 Hardwick Way<br>Granite Bay, CA  95746 | C01 | | 480.000000 |
| William A. Spezia &<br>Joy E Spezia Ten Com<br>1505 Millecoquins Court<br>Rochester, MI  48307 | C01 | | 752.000000 |
| Sterne Agee & Leach Inc.<br>Cust Fbo Lloyd Vance Funchess Ira<br>813 Shades Creek Pkwy., Ste. 100B<br>Birmingham, AL  35209 | C01 | | 3,731.000000 |
| Jerry Thergesen &<br>Stacey Thergesen Jt Ten<br>1420 E Chestnut Ave.<br>Orange, CA  92867 | C01 | | 300.000000 |
| Dmytro Tkach<br>2316 Paseo de Laura, #220<br>Oceanside, CA  92056 | C01 | | 962.000000 |
| Frank P. Vella &<br>Barbara J. Vella Ten Com<br>3202 Windsong Ct.<br>Rockford, IL  61114-8072 | C01 | | 1,883.000000 |
| John Wadsworth<br>1 Park Plaza<br>NBR 900<br>Irvine, CA  92614 | C01 | | 3,008.000000 |
| Rick Wandrocke<br>455 Catalina Drive<br>Newport Beach, CA  92663 | C01 | | 3,008.000000 |
| Joseph W. Wittman<br>Route 1 Box 1<br>Desoto, WI  54624 | C01 | | 1,504.000000 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Kenneth S. Cragun, Chief Financial Officer of Local Corporation, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: June 19, 2015

_____
Kenneth S. Cragun, Chief Financial Officer
Debtor's Signature and Title

| Party Name, Address, and Telephone Number (*CA State Bar No. If applicable*) | FOR COURT USE ONLY |
|---|---|
| Marc J. Winthrop – State Bar No. 63218 mwinthrop@winthropcouchot.com<br>WINTHROP COUCHOT PROFESSIONAL CORPORATION<br>660 Newport Center Drive, #400<br>Newport Beach, CA 92660<br>(949) 720-4100 | |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Local Corporation,<br><br>                                                            Debtor. | CHAPTER 11<br>CASE NUMBER: _____<br><br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (*Required by General Order 97-*)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

    7555 Irvine Center Drive, Irvine, CA 92618

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    7555 Irvine Center Drive, Irvine, CA 92618

3. Disclose the current business address(es) for all corporate officers:

    7555 Irvine Center Drive, Irvine, CA 92618

4. Disclose the current business address(es) where the Debtor's books and records are located:

    7555 Irvine Center Drive, Irvine, CA 92618

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

MAINDOCS-#209786-v1-LocalVenueDisc

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)    **VEN-C**

| In re | |
|---|---|
| Local Corporation | CHAPTER 11 |
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   7555 Irvine Center Drive, Irvine, CA 92618

6. Disclose any different address(es) to those listed above within six months prior to the filing of the petition and state the reasons for the change in address(es):

   N/A

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

   Kenneth S. Cragun, Chief Financial Officer
   7555 Irvine Center Drive
   Irvine, CA 92618

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 19TH of June 2015, at Irvine, California.

Kenneth S. Cragun
_____
Type Name of Officer

_____
Signature of Declarant

Chief Financial Officer
_____
Position or Title of Officer

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any co-partnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **No**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Not Applicable**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **No**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Not Applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Irvine                    , California

Dated    June 19, 2015

By: Kenneth S. Cragun
Chief Financial Officer

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised May 2004

F 1015-2.1
MAINDOCS-#209785-v1-LocalStmtRelatedCases