MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LOCAL CORPORATION, a Delaware corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:15-bk-13153 SC<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF MELODY CONOUR REGARDING TELEPHONIC NOTICE OF HEARING ON DEBTOR'S FIRST DAY MOTIONS**<br><br>DATE: June 24, 2015<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5C<br>Ronald Reagan Federal Building and U.S. Courthouse<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

1  I, Melody Conour, do declare and state as follows:

2  1. I am employed as a legal secretary in the law offices of Winthrop Couchot Professional Corporation, proposed general insolvency counsel for Local Corporation, the debtor and debtor-in-possession in the above-captioned Chapter 11 case ("Debtor"). The matters stated herein are within my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. On June 23, 2015, the Debtor filed its (A) **DEBTOR'S <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; (B) DEBTOR'S <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING: (1) PAYMENT AND HONORING OF PRE-PETITION PAYROLL OBLIGATIONS; AND (2) APPROVING PROPOSED EMPLOYEE RETENTION PROGRAM FOR ESSENTIAL NON-INSIDER EMPLOYEES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF, and (C) DEBTOR'S <u>EMERGENCY</u> MOTION FOR ORDER LIMITING NOTICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**; (collectively the "Motions"). Pursuant to instructions from the Court, the Debtor was required to serve parties in interest of the Debtor with a copy of the Motions, and a Notice of hearing on the Motions (the "Notice") by e-mail, and to provide telephonic notice of the Notice and hearing on the Motions on the twenty largest unsecured creditors on June 23, 2015.

3. On June 23, 2015, at the times indicated, I telephoned the parties listed below. I advised each party with whom I spoke that on June 24, 2015, at 10:00 a.m., a hearing will be held in Courtroom 5C, 411 West Fourth Street, Santa Ana, California 92701, on the Motions. If the telephonic notice given was left by voicemail, it is indicated in the chart below. I contacted all parties on the list of 20 Largest Creditors Holding Unsecured Claims filed with the Debtor's Chapter 11 petition on June 23, 2015.

| <u>Time</u> | <u>Party</u> | <u>Contact</u> | <u>Telephone Number</u> | <u>Action</u> |
|---|---|---|---|---|
| 3:28 p.m. | US Bank National Association (as Trustee) | Georgiana Thomas | 213-615-6001 | Left detailed voicemail message. |

| | | | | |
|---|---|---|---|---|
| 3:34 p.m. | Google, Inc. | Romar Cruz | 661-294-4324 Ext 413 | Mailbox is full |
| | Online Equity Ventures LLC | Matt Hopkins | 949-540-9004 fax | Documents sent by fax |
| 3:36 p.m. | Spacejet Media | Brady Moritz | 713-291-2145 | Left detailed voicemail message. |
| 3:40 p.m. | Shopping Cheapest LLC | Allan Liang, Esq. | 949-852-7332 | Left detailed voicemail message. |
| 3:42 p.m. | Adap.TV | Nicole Rogers | 757-320-4733 | Left detailed voicemail message. |
| 3:45 p.m. | Engage BDR | Li Chen | 310-954-0751 Ext 721 | Left detailed voicemail message. |
| 3:48 a.m. | American Express | Lance R. Thomas | 760-602-9717 | Left detailed voicemail message. |
| 3:49 p.m. | Advertise.com | Vic Tomaszewski | 310-359-5007 | Left detailed voicemail message. |
| 3:53 p.m. | Tracfone Mobile | Alykhan Govani | 949-247-8281 | Left detailed voicemail message. |
| 3:55 p.m. | Lanthrop & Gage | Louis M. Ahrens | 816-292-2000 | Left detailed voicemail message. |
| 3:59 p.m. | Rocket Fuel Inc. | Amit Baxi | 650-517-8864 | Left detailed voicemail message. |
| | Inner-Active | Sharon Brender | Could not locate country code 972-73-707-380 ext 3822 | Insufficient information to complete call |
| 4:04 p.m. | Admarketplace | Brett Strassman | 646-532-4552 | Left detailed voicemail message. |
| 4:07 p.m. | MatchFlow Media LLC | Kia Stora | 949-742-0821 | Spoke with Ms. Stora |
| 4:08 p.m. | Realistic Media | Peter Zmijewski | 949-945-2013/+65 9639 8152 | Left detailed voicemail message. |
| 4:08 p.m. | Bearing Media, Inc. | Peter Zmijewski | 949-945-2013/+65 9639 8152 | Left detailed voicemail message. |
| 4:11 p.m. | Forensiq | Dalibor Andrin | 212-685-5931 | Left detailed voicemail message. |
| 4:12 p.m. | RR Donnelley Financial, Inc. | Robert P. Toovey | 949-476-0505 | Left detailed voicemail message. |
| | Phoenix Media reviews central | Rayan Doherty | 91-998-095-5209 | Insufficient information to place call. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of June 2015 at Newport Beach, California.

*/s/ Melody Conour*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **DECLARATION OF MELODY CONOUR REGARDING TELEPHONIC NOTICE OF HEARING ON DEBTOR'S FIRST DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On _____, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 23, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Attorney Service - Bin outside of Room 5097**
Honorable Scott C. Clarkson
Ronald Reagan Federal Bldg.
411 W. Fourth St.
Santa Ana, CA 92701

VIA E-MAIL
Debtor: Ken Cragun, CFO – kcragun@local.com; US Trustee: nancy.goldenberg@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2015 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| Date | Printed Name | Signature |