**BELATRIX**

ORIGINAL
FACTURA / INVOICE

E
Codigo
19

Número: E0004-00000058

DATE/FECHA:   Julio      01   15

De B.S.F. S.A.
Mendoza: Darragueira 7097 - CP 5505- Chacras de Coria
         Tel- (54-261)-4963355 (54-261)-4962469
         Lujan de Cuyo - Mendoza - Argentina

CUIT: 30-70892838-7
Sede Timbrado: 01 S. Central
Ing. Brutos: 0508167
Inicio Act. 01/10/2004
IVA: Responsable Inscripto
Estab. Nro. 06-0508167-00

Cliente /Customer: LOCAL.COM CORPORATION
Cuit: 55-00000212-6
Domicilio / Adress: 7555 Irvine Center Dr.
Localidad / City: 92618       - Irvine, CA

| CODE CODIGO | DESCRIPTION DESCRIPCION | QTY CANTIDAD | UNIT PRICE P.UNITARIO | TOTAL PRICE IMPORTE |
|---|---|---|---|---|
| 98 | SOFTWARE DEVELOPMENT AND QA SERVICES | 1.00 | 29,760.00 | 29,760.00 |

JUNE 2015 SERVICES
TWENTY NINE THOUSAND SEVEN HUNDRED AND SIXTY DOLLARS

EXCHANGE RATE:       9.0470

CAE: 65267792671167
VENCIMIENTO CAE: 11/07/2015

HOJA NUMERO: 1



30708928387190004652677926711672 01507110

TOTAL:    29,760.00

| From 06/22 to 06/31 | HOURS | RATE | AMOUNT | |
|---|---:|---:|---:|---:|
| SOFT QA SERVICES BY H. ENG II REYES | 56.00 | 29.00 | 1,624.00 | |
| SOFT QA SERVICES BY H. ENG I SPEDALETTI | 56.00 | 24.00 | 1,344.00 | |
| SOFT QA SERVICES BY H. ENG II RUIZ | 56.00 | 29.00 | 1,624.00 | |
| SOFT QA SERVICES BY H. ENG II FERNANDEZ | 56.00 | 29.00 | 1,624.00 | |
| SOFT QA SERVICES BY H. LEAD HORLACHER PATRICIA | 28.00 | 39.00 | 1,092.00 | |
| SOFT QA SERVICES BY H. ENG III OLMOS | 44.00 | 33.00 | 1,452.00 | 8,760.00 |

**BELATRIX**

ORIGINAL
FACTURA / INVOICE

E
Codigo 19

Número: E0004-00000074

DATE/FECHA: Agosto 07 15

De B.S.F. S.A.
Mendoza: Darragueira 7097 - CP 5505- Chacras de Coria
Tel- (54-261)-4963355 (54-261)-4962469
Lujan de Cuyo - Mendoza - Argentina

CUIT: 30-70892838-7
Sede Timbrado: 01 S. Central
Ing. Brutos: 0508167
Inicio Act. 01/10/2004
Estab. Nro. 06-0508167-00

IVA: Responsable Inscripto

Cliente /Customer: LOCAL.COM CORPORATION
Cuit: 55-00000212-6
Domicilio / Adress: 7555 Irvine Center Dr.
Localidad / City: 92618      - Irvine, CA

| CODE CODIGO | DESCRIPTION DESCRIPCION | QTY CANTIDAD | UNIT PRICE P.UNITARIO | TOTAL PRICE IMPORTE |
|---|---|---|---|---|
| 98 | SOFTWARE DEVELOPMENT AND QA SERVICES | 1.00 | 25,760.00 | 25,760.00 |

JULY 2015 SERVICES
TWENTY FIVE THOUSAND SEVEN HUNDRED AND SIXTY DOLLARS

EXCHANGE RATE:    9.1500

CAE: 65327221466986
VENCIMIENTO CAE: 17/08/2015

HOJA NUMERO: 1

30708928387190000465327221466986201508172

TOTAL:    25,760.00