MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
ANDREW LEVIN – State Bar No. 290209
alevin@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JUL 28 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>LOCAL CORPORATION, a Delaware corporation,<br><br>          Debtor and<br>          Debtor-in-Possession. | Case No. 8:15-bk-13153 SC<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION FOR ORDER (1) AUTHORIZING DEBTOR TO DISTRIBUTE FUNDS TO CREDITORS; AND (2) DISMISSING CHAPTER 11 CASE**<br><br>DATE:     July 19, 2016<br>TIME:     10:00 a.m.<br>PLACE:   1568<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

Order#157413#a9b8460e-415b-4ae6-a85a-5e7f653df9f0

1  A hearing on the Motion for Order (1) Authorizing Debtor to Distribute Funds to
2  Creditors; and (2) Dismissing Chapter 11 Case ("Motion") [Docket No. 521], filed by Local
3  Corporation, ("Debtor"), was scheduled for July 21, 2016.  As the Motion was uncontested,
4  appearances were excused.
5  　　The Court having read and considered the Motion; the declaration of Ken Cragun in
6  support of the Motion ("Cragun Declaration"); the Notice of Hearing on the Motion [Docket No.
7  529]; the Supplement to the Motion [Docket No. 537], filed by the Debtor; the Supplemental
8  Declaration of Ken Cragun in Support of the Motion ("Supplemental Cragun Declaration")
9  [Docket No. 540]; the Joinder of the Official Committee of Unsecured Creditors of Local
10 Corporation in the Motion [Docket No. 535]; and the Court finding the notice of the Motion was
11 proper; and for good and sufficient cause appearing therefore, it is hereby[1]
12 **ORDERED** that:
13 1.  The Motion is **GRANTED**;
14 2.  The Debtor is authorized to distribute funds in accordance with the Estimated
15     Distribution Schedule attached as Exhibit "1" to the Cragun Declaration, as
16     amended by the Supplemental Cragun Declaration, pursuant to the disposition of
17     the case as described in the Motion;
18 3.  The above-captioned case is dismissed, effective on the date that all orders and
19     judgments relative to the adjudication, settlement, or other resolution of
20     avoidance actions and other pending disputes become final;
21 4.  The effectiveness of all orders and judgments entered in the above-captioned case
22     will survive the dismissal of the above-captioned case;
23 5.  The Court will retain jurisdiction over any entered order in the above-captioned
24     case;
25 6.  Ken Cragun, the Debtor's Chief Financial Officer, is authorized to destroy at his
26     discretion, all books and records of the Debtor not previously turned over to the

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

| | | |
|---|---|---|
| 1 | | purchaser of the Debtor's assets, except with regard to any records that are |
| 2 | | relevant to any outstanding matter in the above-captioned case, which will not be |
| 3 | | destroyed unless and until such matter is completely resolved (i.e., adjudicated or |
| 4 | | settled on a final basis); |
| 5 | 7. | Ken Cragun, the Debtor's Chief Financial Officer, is authorized to take any action |
| 6 | | necessary to wind down the Debtor's affairs; and |
| 7 | 8. | No further notice or a hearing shall be necessary to effectuate the foregoing. |

####

Date: July 28, 2016

Scott C. Clarkson
United States Bankruptcy Judge