# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Local Corporation, a Delaware corporation
dba Local.Com Corporation

**BANKRUPTCY NO.** 8:15−bk−13153−SC

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 33−0849123
**Debtor Dismissal Date:** N/A

**Address:**
3775 Chippewa Cir
Corona, CA 92881

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

NOTICE OF EFFECTIVENESS OF DISMISSAL FILED 5/18/2017
CASE DISMISSED EFFECTIVE 5/18/2017

Dated: May 23, 2017

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**618 / BOL**